# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GARY BENSON,<br>　　　　　　　Appellant,<br>　　　vs.<br>S. JONES 300, L.P., A DOMESTIC<br>LIMITED PARTNERSHIP,<br>　　　　　　　Respondent. | No. 69097 |
| GARY BENSON,<br>　　　　　　　Appellant,<br>　　　vs.<br>S. JONES 300, L.P., A DOMESTIC<br>LIMITED PARTNERSHIP,<br>　　　　　　　Respondent. | No. 69235 |

**FILED**

OCT 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Cause appearing, appellant's motion for a voluntary dismissal of these consolidated appeals is granted. These appeals are dismissed. NRAP 42(b). The parties shall bear their own costs and attorney fees. *Id.*

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:　Hon. Kerry Louise Earley, District Judge
　　Michael H. Singer, Settlement Judge
　　Feldman Graf
　　Premier Legal Group
　　Eighth District Court Clerk